EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdftw.com

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, OCWEN LOAN SERVICING, LLC, NEW CENTURY MORTGAGE CORPORATION, NDEX WEST, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-HE3, MILLENNIUM FINANCIAL, AMINADAB ELIEL GUERRERO, CURTIS KELLEY, and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-01798-FCD-GGH<br><br>ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

The Stipulation of Non-Monetary Status by and between Plaintiff TERESA L. ALEXANDER and Defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

Plaintiff does not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and Plaintiff's Complaint does not allege any misconduct on its part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust.  Defendant NDEx WEST, LLC shall have no liability to Plaintiff for any monetary damages, attorney's fees or costs of suit.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: July 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE