UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERESA L. ALEXANDER,

        Plaintiff,

    v.

AMERICA'S SERVICING COMPANY, et. al.,

        Defendants.

NO. CIV. S-09-1798 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendants' Motions to Dismiss (Docket #'s 30 and 31) is continued to February 12, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than January 29, 2010.  The Defendants may file and serve a reply on or before February 5, 2010.

    2.    Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

3.   Plaintiff shall file his response to the order to show cause on or before January 29, 2010.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

IT IS SO ORDERED.

DATED: November 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE