1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   TERESA L. ALEXANDER,

NO. 2:09-cv-1798 FCD GGH

11         Plaintiff,

12     v.                                ORDER FOR SANCTIONS

13   AMERICA'S SERVICING COMPANY,
     et. al.,

14

         Defendants.

15

16     On November 30, 2009, plaintiff's counsel, Mr. Randolph

17   Cooke, was ordered to show cause why he should not be sanctioned

18   in the amount of $150.00 for failing to file an opposition brief

19   or notice of non-opposition to defendants' pending motions to

20   dismiss and strike. The court ordered counsel to file his

21   response to the Order to Show Cause on or before January 29,

22   2010.

23     Plaintiff's counsel filed his response to the Order to Show

24   Cause on both January 28, 2010, and February 1, 2010, and the

25   court does not find good cause to discharge the Order to Show

26   Cause.  Accordingly, the court makes the following orders:

27     1.   Mr. Cooke shall pay sanctions in the amount of $150.00.

28          Payment should be in the form of a check made payable

1    to the Clerk of the Court.  The sum is to be paid

2    personally by plaintiff's counsel not later than

3    fourteen (14) days from the filing of this Order for

4    Sanctions.

5    2.   This sanction is personal to the attorney, is to be

6         borne by him personally, and is not to be transmitted

7         to the client by way of a charge of attorney's fees

8         and/or costs.

9    3.   Not later than twenty-one (21) days from the filing of

10        this Order, plaintiff's counsel shall file a

11        declaration attesting to his compliance with the terms

12        of this Order.

13   IT IS SO ORDERED.

14 DATED: March 8, 2010

15   _____

     FRANK C. DAMRELL, JR.

16   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2